**Dated: September 3, 2015**

**The following is ORDERED:**





Janice D. Loyd
U.S. Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Michael Kemp | ) | Case No. 12-16220 JDL |
| Dennia Kemp, | ) | Chapter: 13 |
| | ) | |
| Debtors. | ) | |

### ORDER VACATING DISCHARGE OF DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

The Court finds that a Discharge of Debtor was entered erroneously in this case on 09/02/2015 as docket entry 40. The Discharge of Debtor was entered erroneously because the debtors have not filed a Financial Management Course Certificate.

IT IS ORDERED that the Discharge of Debtor entered on 09/02/2015 as docket entry 40 be vacated.

###

Prepared for Entry:
s/John Eberle
John Eberle
Case Administrator
Clerk's Office
United States Bankruptcy Court
Western District of Oklahoma